UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Caylee Alice Borkowski,   Case No. 23-22731-BEH

Debtor.   Chapter 7

Caylee Alice Borkowski,
                Plaintiff,
vs.   Adversary No. 23-02093-BEH

United States Department of Education,

                Defendant.

**STIPULATION AND MOTION FOR ENTRY OF ORDER DETERMINING STUDENT LOAN OBLIGATIONS DISCHARGED PURSUANT TO 11 U.S.C. § 523(a)(8)**

      Plaintiff Caylee A. Borkowski and Defendant United States Department of Education hereby move the Court to enter an order determining that Plaintiff's student loan obligations to the United States Department of Education are discharged and stipulate as follows:

      1.    Ms. Borkowski and the United States Department of Education agree that repayment of Ms. Borkowski's student loan obligations to the United States Department of Education would impose an undue hardship on Ms. Borkowski; and

      2.    Ms. Borkowski and the United States Department of Education agree to the entry of an order stating that Ms. Borkowski's student loan obligations to the United States Department of Education are discharged pursuant to 11 U.S.C. § 523(a)(8).

3. Ms. Borkowski and the United States Department of Education agree that the above referenced order would apply to the discharge of the following loans, which are held by Defendant:

| NSLDS Loan Number | Loan Holder Name | Loan Date | Loan Type |
|---|---|---|---|
| 17 | Dept of ED/Nelnet | 2019-02-19 | Direct Stafford Unsub |
| 16 | Dept of ED/Nelnet | 2019-02-19 | Direct Stafford Sub |
| 15 | Dept of ED/Nelnet | 2013-09-18 | Direct Stafford Unsub |
| 14 | Dept of ED/Nelnet | 2013-09-10 | Direct Stafford Sub |
| 13 | Dept of ED/Nelnet | 2013-01-21 | Direct Stafford Sub |
| 12 | Dept of ED/Nelnet | 2012-09-12 | Direct Stafford Unsub |
| 11 | Dept of ED/Nelnet | 2012-09-12 | Direct Stafford Sub |
| 10 | Dept of ED/Nelnet | 2011-09-14 | Direct Stafford Unsub |
| 9 | Dept of ED/Nelnet | 2011-09-14 | Direct Stafford Sub |
| 8 | Dept of ED/Nelnet | 2009-07-17 | FFEL Stafford Sub |
| 7 | Dept of ED/Nelnet | 2009-07-17 | FFEL Stafford Unsub |
| 6 | Dept of ED/Nelnet | 2009-03-09 | FFEL Stafford Sub |
| 5 | Dept of ED/Nelnet | 2009-03-09 | FFEL Stafford Unsub |
| 4 | Dept of ED/Nelnet | 2008-11-06 | Direct Stafford Sub |
| 3 | Dept of ED/Nelnet | 2008-11-06 | Direct Stafford Unsub |

4. The Parties further stipulate that upon entry of an Order the Court may cancel the hearing on the matter scheduled for December 17, 2024, at 1:30 p.m. as it sees fit.

Dated December 9, 2024.

FOR THE PLAINTIFF:

_/s/ Caylee A. Borkowski_
Caylee A. Borkowski


FOR THE DEFENDANT:

GREGORY J. HAANSTAD
United States Attorney

By:  /s/ *Qortney McLeod*

J. QORTNEY MCLEOD
Assistant United States Attorney
Eastern District of Wisconsin
Wisconsin State Bar Number: 1105235
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1723
Fax: (414) 297-4394
E-Mail: qortney.mcleod@usdoj.gov